# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | No. 409 MAL 2015 |
| v. | Petition for Allowance of Appeal from the Order of the Superior Court |
| JAFA LEROY MCALLISTER, | |
| Petitioner | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.